1  DAVID R. SINGH (Bar No. 300840)
2  david.singh@weil.com
   WEIL, GOTSHAL & MANGES LLP
3  201 Redwood Shores Parkway, 4th Floor
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  Attorneys for Defendants GOODRX, INC.
   and GOODRX HOLDINGS, INC.
7
   DANIEL L. WARSHAW (Bar No. 184365)
8  dwarshaw@pwfirm.com
9  PEARSON WARSHAW, LLP
   15165 Ventura Boulevard, Suite 400
10 Sherman Oaks, CA 91403
11 Telephone: (818) 788-8300
   Facsimile: (818) 788-8104
12
   Attorneys for Plaintiffs and the Proposed Class
13 (Additional Counsel Listed on Signature Page)

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                     WESTERN DIVISION

17 | C&H PHARMACY INC., D/B/A, | Case No. 2:25-cv-00082-SPG-SK |
   | HUNNINGTON PHARMACY PROPST | |
18 | DISCOUNT DRUGS INC, INC., REEVES | **JOINT STIPULATION** |
   | DRUG STORE, AND STAR DISCOUNT | **EXTENDING TIME TO RESPOND** |
19 | PHARMACY, INC., individually and on | **TO PLAINTIFF'S COMPLAINT** |
   | behalf of itself and all others similarly | |
20 | situated, | Earliest Complaint Served: 01/15/2025 |
21 |         Plaintiffs, | Earliest Response Due: 02/06/2025 |
22 | v. | Courtroom 5C |
   | | Honorable Sherilyn Peace Garnett |
23 | GOODRX, INC.; GOODRX HOLDINGS, | |
24 | INC.; CVS CAREMARK | |
   | CORPORATION; | |
25 | EXPRESS SCRIPTS HOLDING | |
   | COMPANY; MEDIMPACT | |
26 | HEALTHCARE SYSTEMS, INC.; and | |
27 | NAVITUS HEALTH SOLUTIONS LLC, | |
   |         Defendants. | |

28

IT IS HEREBY STIPULATED and AGREED by and among C&H Pharmacy, dba, Huntington Pharmacy, Propst Discount Drugs, Inc., Reeves Drug Store, and Star Discount Pharmacy, Inc., ("**Plaintiffs**") and GoodRx, Inc., GoodRx Holdings, Inc., CVS Caremark Corporation, Express Scripts Holding Company, MedImpact Healthcare Systems, Inc., and Navitus Health Solutions LLC (together, "**Defendants**" and, with Plaintiff, the "**Parties**"), by and through their attorneys undersigned, pursuant to Federal Rule of Civil Procedure 6(b), that:

## **RECITALS**

WHEREAS, Plaintiffs filed the *Class Action Complaint* [ECF No. 1] (the "**Complaint**") in the above-captioned action (the "**Action**") on January 3, 2025;

WHEREAS, twelve other complaints involving substantially similar defendants, making substantially similar allegations, and asserting substantially similar causes of action were filed in four federal district courts—specifically, *Keaveny Drug, Inc. v. GoodRx, Inc., et al.*, No. 2:24-cv-09379 (C.D. Cal. Oct. 30, 2024); *Community Care Pharmacy, LLC v. GoodRx, Inc., et al.*, No. 2:24-cv-09490 (C.D. Cal. Nov. 1, 2024); *Grey Dog IV v. GoodRx, Inc., et al.*, No. 2:24-cv-09858 (C.D. Cal. Nov. 14, 2024); *Minnesota Independent Pharmacists v. GoodRx, Inc., et al.*, No. 2:24-cv-10297 (C.D. Cal. Nov. 27, 2024); *CAAS, LLC v. GoodRx. Inc., et al.*, No. 2:24-cv-10899 (C.D. Cal Dec. 18, 2024); *Bueno Pharmacy LLC v. GoodRx, Inc., et al.*, No. 1:24-cv-00537 (D.R.I. Dec. 20, 2024); *Philadelphia Association of Retail Druggists v. GoodRx, Inc., et al.*, No. 2:24-cv-11023 (C.D. Cal Dec. 23, 2024); *SDDDC LLC, v. GoodRx, Inc., et al.*, No. 1:24-cv-00550 (D.R.I. Dec. 26, 2024); *Lakhani Rx Inc. v. GoodRx, Inc.*, No. 1:25-cv-00003 (D.R.I. Jan. 3, 2025); *Pressman, Inc. v. GoodRx, Inc., et al.*, No. 1:25-cv-00115 (E.D.N.Y. Jan 7, 2025); and *Western Pillbox, Inc. v. GoodRx, Inc., et al.*, No. 3:25-cv-00063 (D. Conn. Jan. 13, 2025) (collectively with the Action, the "**Related Actions**");

WHEREAS, on November 26, 2024, plaintiffs Old Baltimore Pike Apothecary, Inc. t/a Southern Chester County Pharmacy and Smith's Pharmacy II, Inc. d/b/a Smith's Pharmacy filed a *Motion to Transfer and Centralize Related Actions for Consolidated or*

*Coordinated Pretrial Proceedings* (the "**Motion to Transfer**") with the United States Judicial Panel on Multidistrict Litigation ("**JPML**"), requesting that the JPML transfer certain of the Related Actions to the United States District Court for the District of Rhode Island for consolidated or coordinated pretrial proceedings;

WHEREAS, on December 20, 2024, plaintiffs Old Baltimore Pike Apothecary, Inc. t/a Southern Chester County Pharmacy and Smith's Pharmacy II, Inc. d/b/a Smith's Pharmacy dismissed their action in the District of Rhode Island, withdrew the Motion to Transfer, and refiled their action in the Central District of California (No. 2:24-cv-11023) (Dec. 23, 2024);

WHEREAS, on or about December 30, 2024, plaintiffs Keaveny Drug, Inc., Community Care Pharmacy, LLC, Minnesota Independent Pharmacists, and Smith's Pharmacy II, Inc. moved to intervene in certain of the Related Actions pending in the District of Rhode Island, including *Bueno Pharmacy, LLC v. GoodRx, Inc., et al.*, No. 1:24-cv-00537, for the purpose of requesting transfer of the actions to the Central District of California pursuant to 28 U.S.C. § 1404(a) and the first-to-file rule;

WHEREAS, on January 13, 2025, plaintiff Grey Dog IV d/b/a Ethos Wellness/Pharmacy filed a *Motion to Transfer and Centralize Related Actions for Consolidated or Coordinated Pretrial Proceedings* (the "**Second Motion to Transfer**") with the JPML, requesting that the JPML transfer the Related Actions to the United States District Court for the District of Rhode Island for consolidated or coordinated pretrial proceedings;

WHEREAS, the Parties agree that Defendants' time to answer, move, or otherwise respond in the Action should—in order to conserve the Court's and the Parties' resources and promote the just, efficient, and fair resolution of the Action—be extended until after venue in the Related Actions has been resolved.

NOW, THEREFORE, based upon the foregoing recitals, which are incorporated as though fully set forth herein, IT IS HEREBY STIPULATED and AGREED and, upon Court approval, it shall be ordered, as follows:

1.    Defendants' time to answer, move, or otherwise respond in the Action is extended until forty-five (45) days after the later of: (i) the date upon which plaintiffs in the Related Actions have filed a consolidated complaint in any district or (ii) the date upon which the JPML rules upon the Second Motion to Transfer (the "**Extension Period**").

2.    During the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36.

3.    If Defendants answer, move, or otherwise plead with respect to a complaint in a Related Action pending in any district, Defendants will concurrently answer, move, or otherwise plead with respect to the Complaint in the Action.

4.    This stipulation and proposed order does not constitute a waiver of any of the Parties' claims, rights, arguments, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiffs in any of the Related Actions.


Dated: January 15, 2025                    Respectfully submitted,

                                          PEARSON WARSHAW

                                          By:  _/s/ Daniel L. Warshaw_
                                               DANIEL L. WARSHAW

                                          Daniel L. Warshaw (Bar No. 185365)
                                          Bobby Pouya (Bar No. 245527)
                                          Naveed Abaie (Bar No. 323338)
                                          PEARSON WARSHAW, LLP
                                          15165 Ventura Boulevard, Suite 400
                                          Sherman Oaks, CA 91403
                                          Telephone: (818) 788-8300
                                          Facsimile: (818)-788-810
                                          dwarshaw@pwfirm.com
                                          bpouya@pwfirm.com
                                          nabaie@pwfirm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eric J. Artrip (*pro hac vice* forthcoming)
MASTANDO & ARTRIP, LLC
301 Holmes Ave NE, Suite 100
Huntsville, Alabama 35801
Telephone: (256) 532-2222
artrip@mastandoartrip.com

Attorneys for Plaintiffs and the Proposed Class

Dated: January 15, 2025

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  */s/ David R. Singh*
     DAVID R. SINGH

David R. Singh (Bar No. 300840)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com

David J. Lender (*pro hac vice* forthcoming)
Eric S. Hochstadt (*pro hac vice* forthcoming)
Jennifer Brooks Crozier (*pro hac vice* forthcoming)
Alexandra Rose (*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
jennifer.crozier@weil.com
alexandra.rose@weil.com

Attorneys for Defendants GOODRX, INC. and GOODRX HOLDINGS, INC.

By: _/s/ Randy Luskey_____
        RANDY LUSKEY

Randy Luskey  (Bar No. 240915)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rluskey@paulweiss.com

Robert A. Atkins (*pro hac vice*
forthcoming)
Jacqueline P. Rubin (*pro hac vice*
forthcoming)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ratkins@paulweiss.com
jrubin@paulweiss.com

Attorneys for Defendant CVS
CAREMARK CORP.

By: _/s/ Mike Bonanno_____
        MIKE BONANNO

Anthony P. Alden (Bar No. 232220)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
anthonyalden@quinnemanuel.com

Mike Bonanno (*pro hac vice* forthcoming)

1  
2  
3  
4  
5  
6  
7  

Meghan McCaffrey (*pro hac vice* forthcoming)  
QUINN EMANUEL URQUHART & SULLIVAN LLP  
1300 I Street NW, Suite 900  
Washington, D.C. 20005  
Telephone: (202) 538-8000  
Facsimile: (202) 538-8100  
mikebonanno@quinnemanuel.com  
meghanmccaffrey@quinnemanuel.com  

8  
9  

Attorneys for Defendant EXPRESS SCRIPTS, INC.  

10  
11  

By: _/s/ Michelle S. Lowery_  
       MICHELLE S. LOWERY  

12  
13  
14  
15  
16  
17  

Michelle S. Lowery (Bar No. 302882)  
MCDERMOTT WILL & EMERY LLP  
2049 Century Park East, Suite 3200  
Los Angeles, California 90067-3206  
Telephone: (310) 277-4110  
Facsimile: (310) 277-4730  
mslowery@mwe.com  

18  
19  
20  
21  
22  
23  

Richard Salgado (*pro hac vice* forthcoming)  
MCDERMOTT WILL & EMERY LLP  
2501 North Harwood Street, Suite 1900  
Dallas, Texas 75201  
Telephone: (214) 295-1664  
Facsimile: (972) 232-3098  
richard.salgado@mwe.com  

24  
25  

Attorneys for Defendant MEDIMPACT HEALTHCARE SYSTEMS, INC.  

26  
27  

By: _/s/ Robert J. Herrington_  
       ROBERT J. HERRINGTON  

28  

Robert J. Herrington (Bar No. 234417)

GREENBERG TRAURIG LLP
robert.herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

James Peacock (*pro hac vice* forthcoming)
James.Peacock@gtlaw.com
2200 Ross Avenue Suite 5200
Dallas TX 75201
Telephone: (214) 665-3600

Becky L. Caruso (*pro hac vice* forthcoming)
becky.caruso@gtlaw.com
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

Attorneys for Defendant NAVITUS HEALTH SOLUTIONS, LLC

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), David R. Singh hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*