1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  WEIL, GOTSHAL & MANGES LLP
3  201 Redwood Shores Parkway, 4th Floor
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
6  David J. Lender (*pro hac vice* forthcoming)
   david.lender@weil.com
7  Eric S. Hochstadt (*pro hac vice* forthcoming)
   eric.hochstadt@weil.com
8  Jennifer Brooks Crozier (*pro hac vice* forthcoming)
   jennifer.crozier@weil.com
9  Alexandra Rose (*pro hac vice* forthcoming)
10 alexandra.rose@weil.com
   WEIL, GOTSHAL & MANGES LLP
11 767 Fifth Avenue
   New York, New York 10153
12 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
13
14 Attorneys for Defendants GOODRX, INC.
   and GOODRX HOLDINGS, INC.
15

16                 UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
17                        WESTERN DIVISION
18

| | |
|---|---|
| C&H PHARMACY INC., D/B/A, HUNNINGTON PHARMACY, PROPST DISCOUNT DRUGS, INC., REEVES DRUG STORE, AND STAR DISCOUNT PHARMACY, INC., individually and on behalf of a class of those similarly situated,<br>   Plaintiffs,<br>v.<br>GOODRX HOLDINGS, INC., GOODRX, INC., CVS HEALTH CORPORATION, EXPRESS SCRIPTS HOLDING COMPANY,<br>   Defendants. | Case No. 2:25-cv-00082-SPG-SK<br><br>**GOODRX, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Courtroom 5C<br>Honorable Judge Sherilyn Peace Garnett |

Pursuant to Local Civil Rule 7.1-1, the undersigned counsel of record for Defendant GoodRx, Inc. ("GoodRx"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. GoodRx
2. GoodRx Holdings, Inc. (GoodRx's parent company)
3. Silver Lake LLC (GoodRx Holdings, Inc. shareholder)
4. Francisco Partners Management, LP (GoodRx Holdings, Inc. shareholder)
5. Idea Men LLC (GoodRx Holdings, Inc. shareholder)

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for GoodRx further certifies that:

1. GoodRx Holdings, Inc. is GoodRx's parent corporation (through an intermediary, non-public segment, GoodRx Intermediate Holdings, LLC); and
2. GoodRx Holdings, Inc. owns 100% of GoodRx's stock (through an intermediary, non-public segment, GoodRx Intermediate Holdings, LLC).

Dated: January 15, 2025

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/David R. Singh
DAVID R. SINGH

Attorneys for Defendant GoodRx, Inc.