# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&H PHARMACY INC., D/B/A, HUNNINGTON PHARMACY PROPST DISCOUNT DRUGS INC, INC., REEVES DRUG STORE, AND STAR DISCOUNT PHARMACY, INC., individually and on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORPORATION; EXPRESS SCRIPTS HOLDINGS COMPANY; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS LLC,<br><br>Defendants. | Case No. 2:25-cv-00082-SPG-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT [ECF NO. 15]** |

1       Before the Court is the Parties' Joint Stipulation Extending Time to Respond to
2  Plaintiff's Complaint (ECF No. 15 (" Stipulation")). Having considered the Stipulation,
3  and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as
4  follows:
5       1.   Defendants' time to answer, move, or otherwise respond in the Action is
6  extended until forty-five (45) days after the later of: (i) the date upon which plaintiffs in
7  the Related Actions have filed a consolidated complaint in any district or (ii) the date
8  upon which the Judicial Panel on Multidistrict Litigation rules upon the Second Motion
9  to Transfer (the "Extension Period");
10      2.   During the Extension Period, none of the Parties shall seek or be required to
11 provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure
12 26, 30, 31, 33, 34, or 36;
13      3.   The Joint Stipulation does not constitute a waiver of any of the Parties'
14 claims, rights, or defenses, including but not limited to Defendants' right to seek a further
15 extension of their time to answer or otherwise respond to the Complaint or any other
16 pleading filed by Plaintiffs in the above-captioned action; and
17      4.   If Defendants answer, move, or otherwise plead with respect to a complaint
18 in a related case pending in any district, Defendants will concurrently answer, move, or
19 otherwise plead in response to the Complaint.
20      5.   The Parties shall provide the Court with periodic Joint Status Reports every
21 ninety (90) days, apprising the Court of any updates on the consolidation of the Related
22 Actions.
23      **IT IS SO ORDERED.**
24
25 Dated: January 17, 2025
26                              _____
                                HON. SHERILYN PEACE GARNETT
27                              UNITED STATES DISTRICT JUDGE
28